■ In the Matter of STATE OF NEW YORK, Respondent, v NUSHAWN WILLIAMS, Also Known as SHYTEEK JOHNSON, Appellant. (Appeal No. 2.) [29 NYS3d 840]—Appeal from an order of the Supreme Court, Chautauqua County (John L. Michalski, A.J.), entered July 30, 2015. The order denied the motion of respondent to vacate an order entered March 3, 2014.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of State of New York v Williams* ([appeal No. 1] 139 AD3d 1375 [2016]). Present—Centra, J.P., Carni, DeJoseph, Curran and Scudder, JJ.